SO ORDERED: January 18, 2007.



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
121 W Spring St Rm 110
New Albany, IN 47150

SF34813 (rev 07/2006)

In Re:

Eric P. Norris
    SSN: xxx–xx–7672   EIN: NA

Donna J. Norris
    SSN: xxx–xx–8720   EIN: NA

Debtor(s)

Case Number:
05–95115–BHL–7

## ORDER CONVERTING CHAPTER 7 CASE TO CHAPTER 13

The debtors filed a Motion to Convert from Chapter 7 to Chapter 13 on January 12, 2007.

The Court, having reviewed the motion together with the record in the above captioned case and being duly advised, finds that debtors are eligible to be debtors under chapter 13 and that the case should be converted to a case under chapter 13.

IT IS THEREFORE ORDERED that:

1. The case shall be, and hereby is, converted to a case under chapter 13.

2. The debtors shall file a Chapter 13 Plan within fifteen (15) days from the date of this order, unless the plan has already been filed.

NOTICE IS HEREBY GIVEN that unless these documents are filed, or an extension of time is properly applied for and granted within the time fixed for filing such documents, this case is subject to immediate dismissal without further notice or hearing.

###